# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDI SNYDER,

    Defendant.

CASE NO. 22-6218-01-GEB

FILED
U.S. District Court
District of Kansas
AUG 1 8 2022
Clerk, U.S. District Court
By _____ Deputy Clerk

# COMPLAINT

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

On or about April 23, 2021, in the District of Kansas, the defendant,

**BRANDI SNYDER,**

did employ, use, persuade, induce, entice, and coerce Minor Victim 1, a minor whose identity is known to law enforcement, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18 of the United States Code, Section 2251(a) and (e).

## COUNT 2

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

On or about May 29, 2021, in the District of Kansas, the defendant,

**BRANDI SNYDER,**

did employ, use, persuade, induce, entice, and coerce Minor Victim 1, a minor whose identity is known to law enforcement, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18 of the United States Code, Section 2251(a) and (e).

## COUNT 3

**Possession of Child Pornography**
**[18 U.S.C. 2252A(a)(5)(B)]**

On or about July 28, 2022, in the District of Kansas, the defendant,

**BRANDI SNYDER,**

knowingly possessed any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who

had not attained 12 years of age, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

I further state that I am a Special Agent with the United States Department of Homeland Security and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

JOHN V. FERREIRA
Special Agent
U.S. Department of Homeland Security

Subscribed and sworn before me this _18th_ day of August, 2022.

THE HONORABLE GWYNNE BIRZER
United States Magistrate Judge

# PENALTIES

**Counts 1-2 – Production of Child Pornography**

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years. If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life. 18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

- An additional assessment of not more than $50,000.00. 18 U.S.C. §2259A(a)(3).

**Count 3 – Possession of Child Pornography**

- Punishable by a term of imprisonment of not more than twenty years (20) years. If such person has a prior conviction under chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than ten (10) years nor more than twenty (20) years. 18 U.S.C. § 2252A(b)(2).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.00. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3)

- An assessment of not more than $17,000.00. 18 U.S.C. § 2259A(a)(1).

- An additional assessment of not more than $35,000.00. 18 U.S.C. §2259A(a)(2).

# AFFIDAVIT

I, John V. Ferreira, am a Special Agent (SA) of the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) assigned to the Office of HSI Wichita, Kansas. This criminal complaint is based on the following facts which were obtained from other duly sworn law enforcement officers based on their investigative work and observations being first duly sworn, herby depose and state as follows:

1. This investigation began with a CyberTipline Report which was later connected to Brandi Snyder in Americus, Kansas (now believed to be residing in Emporia).

2. On or about November 8, 2021, Snapchat submitted Cyber Tip Report number 106406735 to the National Center for Missing and Exploited Children (NCMEC), advising it had detected a user, "beautifulcat87", uploading files of child pornography to Snapchat's servers. Snapchat report provided the user's identifiers, which included the user's email (bnsnyder67@gmail.com), the user's date of birth (which matched Brandi Snyder's DOB), and a user login IP address. The Cyber Tip Report also included the uploaded files:

    a. Photo number one, with file name beautifulcat87-None-e9462d1d-a2a2-52df-8a85-c523095d3c83~5-5a13d1a705.jpg, depicted a prepubescent white female lying on her back. A white male was spreading the white females' buttocks with his left hand exposing the anus. Her vagina was also exposed. The male's penis was exhibited in the picture.

    b. Photo number two, with file name beautifulcat87-None-e9462d1d-a2a2-52df-8a85-c523095d3c83~80-2fe997665b.png, depicted a prepubescent white female lying on her back with a white male inserting his penis into her vagina.

3. A search warrant for the Snapchat account, "beautifulcat87" was obtained from the Sedgwick County District Court.

4. In response to the search warrant, Snapchat identified the account owner as Brandi Nicole Snyder. Snapchat also provided an associated phone number of (785) 466-1052 and email

account "bnsnyder67@gmail.com." Snapchat also provided content, which included the two reported files as well as an additional image depicting a prepubescent female subjected to a sex act with an adult. The content also included a depiction of Brandi Snyder.

5. A second cybertip was also investigated referencing a different Snapchat account that appeared connected to Brandi Snyder, under her maiden of McDiffett. More specifically, on October 5, 2021, Snapchat reported in Cyber Tip 1037838804 that it had detected the user of "mcdiffett87" sending an image depicting an adult male, with his penis exposed, spreading the naked buttocks of a prepubescent female to expose the child's anus and genitals. As part of its report, Snapchat identified the user with an associated email of "brandisnyder87@yahoo.com," as well as IP address information.

6. Detective Mackey obtained a search warrant for Snapchat user account "mcdiffett87" from the Sedgwick County District Court. The search warrant results were provided to Detective Mackey from Snapchat and contained 17 images, some of which depicted prepubescent children subjected to sexual acts.

7. Detective Mackey obtained a search warrant for Yahoo user account "brandisnyder87@yahoo.com" from the Sedgwick County District Court. The search warrant results were provided to Detective Mackey from Yahoo. The contents contained a variety of emails, which provided information related to Brandi Snyder. Some of the information contained the name "Brandi Nicole Snyder", the phone number 785-466-1052, which is a US Cellular phone number.

8. Because Cyber Tip Report number 106406735 contained an associated email of bnsnyder67@gmail.com, a search warrant was sought and obtained in Kansas Federal District Court, Case Number 22-MJ-6201-KGG on July 28, 2022.

9. The undersigned received the information from Google and was able to verify that the account belonged to Brandi Snyder. For example, the contents included unemployment paperwork with Snyder's name, social security number and birthday. There were also numerous photographs of Snyder.

10. The search warrant return included the following files:

    a. A 48 second video of a prepubescent female (approximate age 8-9 years old) performing oral sex on an adult male;

    b. A 19 second video of Brandi Snyder fully naked and masturbating while looking at the fully naked prepubescent toddler in the room with her (the file date is May 29, 2021);

    c. A gif (a series of images to make a short video that repeats) of the same prepubescent toddler (to which Snyder has access and that law enforcement has identified) that shows his naked anus and scrotum (the file date is April 23, 2021).

Based on the foregoing facts, there is probable cause to find Brandi Snyder, believed to be residing in Emporia, Kansas, has engaged in violations of:

18 U.S.C. § 2251(a), Production Child Pornography, occurring on or about April 23, 2021 and May 29, 2021; and

18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography, occurring on or about July 28, 2022.

Respectfully submitted,

John V. Ferreira
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me, on ___18 August___, 2022.

_____
GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE